**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Michael Giardino and Karen Giardino, Debtors | Chapter 13 |
| | Case No. 1:24-bk-00186-HWV |

## ORDER

Upon consideration of *Debtor Karen Giardino's Request to be Dismissed*, it is hereby

ORDERED that the motion is granted. Debtor Karen Giardino is dismissed from this case. The

case shall remain open with respect to Debtor Michael Giardino.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 2, 2024