Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Michael Giardino**
**602 E. Maple St.**
**Lebanon, PA 17046**

### Rate Summary

| Professional | Gross | | | Discount | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 3.5 hours at $415.00/hour. | $1,452.50 | | 1.86   -773.50 | 679.00 |
| Ashley Werner | 2.8 hours at $150.00/hour. | $420.00 | | 0.00    0.00 | 420.00 |
| | | | | 1.86   -773.50 | 1,099.00 |

### Itemized Listing of Services

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/24/2024 | Prepare fee application. | ASW | 150 | 1.00 | 150.00 | 0.00 |
| 05/01/2024 | Review and approve fee application. Call to client regarding the same. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 05/02/2024 | File fee application. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/29/2024 | Review objection to fee application. Email to Roeder. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 05/30/2024 | Receive, review, and respond to email from Roeder regarding meeting to resolve objection to fee application. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 05/30/2024 | Meeting with Roeder regarding objection to fee application. | CS | 415 | 1.40 | 581.00 | -581.00 |
| 05/30/2024 | Email to Tonia Wilson regarding evidentiary hearing. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 05/31/2024 | Receive and review email from Wilson regarding hearing. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 06/05/2024 | Receive and review email regarding client's inheritance and plan changes. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/18/2024 | Review file regarding inheritance. Discuss the same with cl. | CS | 415 | 0.50 | 207.50 | 0.00 |
| 08/12/2024 | Email to client regarding plan confirmation and fees to our office. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/23/2024 | Prepare interim case status report. Confirm that trustee's information is in conformity with our information. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 09/24/2024 | Review memo from paralegal regarding plan tasks and funding. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/27/2024 | Research for motion to sever and then dismiss. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 09/27/2024 | Review message from client that she wants to drop case. Call to client. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/01/2024 | File Amendment to Schedule A/B and Motion to Dismiss Party | CS | 415 | 0.10 | 41.50 | -26.50 |
| 10/15/2024 | Receive and review email from Roeder agreeing to no amended plan and asking for the status of the life insurance proceeding. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/18/2024 | Email to Roeder regarding funds received by Debtor 2. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/07/2026 | Review file ahead of plan completion to confirm all items contemplated by the plan have been completed or tasks are set to make sure anything needing action gets done in time. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 07/20/2026 | Review paralegal's analysis ahead of plan completion to confirm all items contemplated by the plan have been completed and evaluate for any further actions to be taken before the end of the case. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/22/2026 | Estimated paralegal time to close case. Review email from client approving fee application. File fee application online. [.1] Review order regarding fee application [.1] Review Trustee's website to confirm distribution is properly scheduled. [.1] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. [.1] Receive and review executed Certification in Support of Discharge. File same electronically. [.1] Review discharge. [.1] Receive and review Clerk's Notice to Debtor indicating that unless an objection pursuant to F.R.B.P. 5009 is filed, case will be closed in 30 days. [.1] Review Final Decree. [.1] Closing email to client. [.1]. | ASW | 150 | 0.90 | 135.00 | 0.00 |
| | | | | *Sub-total Fees:* | **1,872.50** | -773.50 |
| | | | | *Net Fees After Discount:* | **1,099.00** | |

Case 1:24-bk-00186-HWV   Doc 40-2   Filed 08/06/26   Entered 08/06/26 15:42:12   Desc
Exhibit B - Bill   Page 1 of 1